UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

BYRON KEITH WILLIAMS,

    Petitioner,

v.                                 Case No. 09-14747

CARMEN PALMER,

    Respondent.

_____/

## JUDGMENT

In accordance with the court's January 23, 2012, "Opinion and Order Denying Petition for Writ of Habeas Corpus and Denying a Certificate of Appealability,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Carmen Palmer and against Petitioner Byron Keith Williams. Dated at Detroit, Michigan, this 23th day of January, 2012.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT


                                 BY: s/Lisa Wagner
                                     Lisa Wagner, Deputy Clerk
                                     and Case Manager to
                                     Judge Robert H. Cleland